

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF OREGON**

**PETER C. McKITTRICK**
BANKRUPTCY JUDGE

1001 S.W. FIFTH AVENUE, # 700
PORTLAND, OREGON 97204
(503) 326-1536

M. CAROLINE CANTRELL
LAW CLERK

BETHANY COLEMAN-FIRE
LAW CLERK

TONIA McCOMBS
LAW CLERK

November 29, 2018

Christopher N. Coyle
Vanden Bos & Chapman, LLP
319 S.W. Washington, Suite 520
Portland, OR 97204

Troy G. Sexton
Intelekia Law Group, LLC
920 S.W. 6th Ave., Suite 1200
Portland, OR 97204

      Re:   Objection to Claim 13 of Intelekia Law Group, LLC
            Settlement Conference Case No. 16-33831-tmb13

Dear Mr. Coyle and Mr. Sexton:

At the parties' request, I have scheduled a half-day settlement conference for Wednesday, December 19, 2018, at 9:00 a.m. in the Judges' Conference Room, 8th Floor, United States Bankruptcy Court, 1001 SW Fifth Ave. Ste. 700, Portland, Oregon.

You must bring your client or someone with settlement authority to the conference or someone with settlement authority must be available by telephone. No later than the close of business on December 12, 2018, I would appreciate receiving a brief confidential letter or email describing the status of the negotiations and your client's thoughts on ways to consensually resolve the dispute. Because the communication is confidential, it need not be shared with the other side.

If you submit your documents in writing, please deliver them to the Clerk's Office, U.S. Bankruptcy Court, 1001 SW Fifth Avenue, Suite 700, Portland, Oregon 97204 <u>in a sealed envelope,</u> <u>marked "confidential,"</u> <u>and addressed to me</u>. Alternatively, you may send an email to me at peter_mckittrick@orb.uscourts.gov.

                        Very truly yours,

                        Peter C. McKittrick
                        Bankruptcy Judge

cc:   Hon. Trish M. Brown