Below is an order of the court.

*Trish M Brown*
TRISH M. BROWN
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 16-33831-tmb7 |
| Stanley Eugene Ash, | STIPULATED ORDER ON OBJECTION TO CLAIM AND ORDER THEREON |
| Debtor-in-Possession. | |

THIS MATTER having come fore the Court on Proof of Claim No. 13 (the "Claim"), Objection to Claim, and Order Thereon (Docket #132) (the "Objection"), the stipulation of the parties appearing below, and good cause appearing,

IT IS HEREBY ORDERED that the Objection is SUSTAINED IN PART and that the Claim of Intelekia Law Group, LLC is ALLOWED in the amount of $18,000.

### ###

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

**PRESENTED BY:**

VANDEN BOS & CHAPMAN, LLP

By:/s/Christopher N. Coyle
    Christopher N. Coyle, OSB #073501
    Of Attorneys for Debtor

**LBR 9021-1 CERTIFICATION**
I certify that I have complied with the
requirement of LBR 9021-1(a); this is a
stipulated order.

By:/s/Christopher N. Coyle
    Christopher N. Coyle, OSB #073501

**SO STIPULATED:**

VANDEN BOS & CHAPMAN, LLP

By:/s/Christopher N. Coyle
    Christopher N. Coyle, OSB #073501
    Of Attorneys for Debtor

MOTSCHENBACHER & BLATTNER, LLP

By:/s/Troy G. Sexton
    Troy G. Sexton, OSB #115184
    Of Attorneys for Intelekia Law Group, LLC

**First Class Mail:**

Stanley Eugene Ash
600 SE 177th, Apt. O162
Vancouver, WA 98683

Lynnette May and Amy Asivido
7420 Bridgeport Rd
Portland, OR 97224

DAVID A. BLEDSOE
Perkins Coie LLP
1120 NW Couch St, 10th Fl
Portland, OR 97209

Bennington & Moshofsky, P.C.
4800 SW Griffith Dr #350
Beaverton, OR 97005

KATHRYN F. GAPINSKI
Bouneff Chally & Koh
2722 NE 33rd Ave
Portland, OR 97212

PETER D. MOHR
Jordan Ramis PC
2 Centerpointe Dr, 6th fl
Lake Oswego, OR 97035

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

**Electronic Mail:**
The foregoing was served on all
CM/ECF participants through the
Court's Case Management/Electronic
Case File system.

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869